# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**HUNTER WYILIE, derivatively on behalf of W HOLDING COMPANY, INC.,**

**Plaintiff,**

**v.**

**FRANK C. STIPES, et al.,**

**Defendants.**

**CIVIL NO. 08-1036 (GAG)**

## JUDGMENT

Pursuant to the court's order at Docket No. 193, judgment is hereby entered dismissing this case.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of July, 2011.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge